IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JACKIE W. STANFILL,

    Plaintiffs,

vs.

BREMERTON METAL TRADES COUNCIL, (BMTC),; IBEW Local 574,

    Defendants.

NO. C00-5106JKA

DISMISSAL WITH PREJUDICE OF BMTC BY REASON OF SETTLEMENT

COMES NOW Plaintiff by and through counsel and moves to dismiss BMTC as a party to this action by reason of settlement with that party.

The party BMTC having reached a settlement with plaintiff and the parties stipulating that BMTC be dismissed with prejudice and without costs.

The court does now therefore

ORDER Bremerton Metal Trades Council is dismissed from this action with prejudice.

DONE IN OPEN COURT this 14th day of January, 2003.

_____
HON. J. KELLY ARNOLD
U.S. Magistrate Judge

Presented by:

_____
RANDY LOUN
Attorney for Plaintiff

_____
RICHARD H ROBBLEE
Attorney for defendants BMTC

DISMISSAL WITH PREJUDICE OF BMTC
BY REASON OF SETTLEMENT- 1

Law Office of RANDY W LOUN
509 - 4th St Suite 6
Bremerton, WA 98337
Tel (360) 377-7678   Fax (360) 792-1913

ORIGINAL